ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC - 9 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SLAVA DMITRIEV, A.K.A.<br>"STUNNA,"<br>"STUNNA SLAVZ,"<br>"STUNNASLAVZZZ,"<br>"STUNNASLAVZZ,"<br>"SLAVAEUROD,"<br>"SALVO DIMTRO,"<br>"GOLDENACE,"<br>"TEHROYALE" | Criminal Indictment<br><br>No. 1:20CR 487 |

THE GRAND JURY CHARGES THAT:

From in or about May 2016, through in or about May 2017, in the Northern District of Georgia, and elsewhere, the defendant, SLAVA DMITRIEV, a.k.a., "Stunna," "Stunna Slavz," "stunnaslavzzz," "stunnaslavzz," "Slavaeurod," "Salvo Dimtro," "GoldenAce," and "Tehroyale," did knowingly and with intent to defraud, use and traffic in unauthorized access devices, namely social security numbers, and by such conduct, obtained $1,000 or more in the above-referenced one-year period, said use and trafficking affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and (c)(1)(A)(i) and Section 2.

## FORFEITURE PROVISION

Upon conviction of the offense alleged in this Indictment, the defendant, SLAVA DMITRIEV, a.k.a., "Stunna," "Stunna Slavz," "stunnaslavzzz," "stunnaslavzz," "Slavaeurod," "Salvo Dimtro," "GoldenAce," and "Tehroyale," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B) any property constituting, or derived from, proceeds obtained directly or indirectly as a result of said violation, including, but not limited, to a money judgment representing the amount of proceeds obtained as a result of the offense, and pursuant to Title 18, United States Code, Section 1029(c), any personal property used or intended to be used to commit said violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above; all pursuant to Title 18, United States Code,

2

Sections 982(a)(2)(B) and 1029(c)(1)(C), and Title 28, United States Code, Section 2461(c).

A _____True_____ BILL

_____
FOREPERSON

BYUNG J. PAK
 *United States Attorney*

*Michael Herskowitz*
MICHAEL V. HERSKOWITZ
 *Assistant United States Attorney*
Georgia Bar No. 349515

*Nathan P. Kitchens*
NATHAN P. KITCHENS
 *Assistant United States Attorney*
Georgia Bar No. 263930

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181