U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jan 25 2021

JAMES N. HATTEN, Clerk

By: /s/Sonya Lee Coggins
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

## P L E A (With Counsel)

CRIMINAL INDICTMENT NO. 1:20-cr-00487

I, SLAVA DMITRIEV, defendant, having received a copy of the Criminal Indictment in the above case number, and having been arraigned, pleads Not Guilty thereto.

In Open Court this 25th day of January 2021.

_____        _____
SIGNATURE (Defense Attorney)            SIGNATURE (Defendant)
Jeffrey Brickman, Esq.                  SLAVA DMITRIEV

Georgia Bar No. 080432

Filed in Open Court by:

_____        _____
(Signature)                             Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12