# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00487-MLB-AJB
## USA v. Dmitriev
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 01/26/2022.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 11:40 A.M.
TIME IN COURT: 1:35
OFFICE LOCATION: Atlanta

COURT REPORTER: Jana Colter
USPO: Anthony Parker
DEPUTY CLERK: Jessica Kelley

| | |
|---|---|
| DEFENDANT(S): | [1]Slava Dmitriev Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brickman representing Slava Dmitriev<br>Mehdi Essmidi representing Slava Dmitriev<br>Michael Herskowitz representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | A sentencing hearing was held. The following exhibits were admitted: Defense Exhibits A and B. Defendant sentenced to the sole count of the indictment. See J&C for sentence. Defendant remains in the custody of the United States Marshals Service. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |